# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DOMINIC YOUNG, | |
| Plaintiff, | |
| v. | Case No. 8:22-cv-01057 |
| EXPERIAN INFORMATION SOLUTIONS, INC., | Hon. Theodore D. Chuang |
| Defendant. | |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO DISMISS

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves this Honorable Court to dismiss Plaintiff's Amended Complaint [Doc. No. 16] on the grounds that Plaintiff has failed to state a claim upon which relief can be granted, for the reasons stated more fully in Experian's supporting Memorandum of Law, filed concurrently herewith and incorporated by reference as if set forth in full herein.

WHEREFORE, Experian respectfully requests that this Court enter the attached Proposed Order granting its Motion to Dismiss and dismissing this matter in its entirety.

127324243

Dated: June 21, 2022                    Respectfully submitted,

*/s/ Mary C. Zinsner*
Mary Catherine Zinsner (D. Md Bar No. 11763)
Troutman Pepper Hamilton Sanders LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-1932
Facsimile: (202) 274-2994
Email: mary.zinsner@troutman.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and sent a true and complete copy via regular mail and email, to *pro se* Plaintiff:

>Dominic Young
>10805 Westwood Drive
>Cheltenham, MD 20623
>Email: dominictyoung@yahoo.com

>By: */s/ Mary C. Zinsner*

>Mary Catherine Zinsner (D. Md Bar No. 11763)
>TROUTMAN PEPPER HAMILTON SANDERS LLP
>401 9th Street NW, Suite 1000
>Washington, DC 20004
>Telephone: (202) 274-1932
>Facsimile: (202) 274-2994
>Email: mary.zinsner@troutman.com
>
>*Counsel for Defendant Experian Information Solutions, Inc.*